IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BILAL MANNSUR NICHOLAS,  )
                          )
    Petitioner,         )
                          )    CIVIL ACTION NO.
    v.                  )     2:16cv504-MHT
                          )         (WO)
UNITED STATES OF AMERICA, )
                          )
    Respondent.         )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (doc. nos. 18 & 24) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 1) is denied.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of September, 2019.

                                    /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE